Walter Benzija (Wbenzija@halperinlaw.net)
Neal W. Cohen (Ncohen@halperinlaw.net)
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10005
Telephone (212) 765-9100
Facsimile (212) 765-0964

*Counsel to Plaintiffs Elly Garcia and*
*    53 Montrose Ave. Realty Corp.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

|  |  |
|---|---|
| FREDDY A. GARCIA, | Chapter 11<br>Case No. 15-42243 (NHL) |
| Debtor. | |

------------------------------------------------------------x
ELLY GARCIA-McCOY and 53 MONTROSE
AVE. REALTY CORP.,

               Plaintiffs,

                                   Adv. Pro. No. 15-1126

against

FREDDY A. GARCIA,

               Defendant.

------------------------------------------------------------x

## CERTIFICATE OF SERICE OF SUMMONS AND
## COMPLAINT TO RENDER DEBT NONDISCHARGEABLE

|  |  |  |
|---|---|---|
| STATE OF NEW YORK | ) | |
|  | ) | SS.: |
| COUNTY OF NEW YORK | ) | |

Neal W. Cohen, being duly sworn, deposes and states:

I am over eighteen years of age and am not a party to this action.

On August 19, 2015, I served the *SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING*, (issued August 19, 2015) and *COMPLAINT TO RENDER DEBT NONDISCHARGEABLE*, via first class mail delivery

to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

> Freddy A. Garcia
> 53 Montrose Avenue
> Apt. 2l
> Brooklyn, New York 11206
>
> Norma Ortiz, Esq.
> Ortiz & Ortiz, LLP
> 32-72 Steinway Street, Suite 402
> Astoria, New York 11103

Neal W. Cohen

Sworn to before me this
19th day of August, 2015.

Notary Public

DONNA H. LIEBERMAN
NOTARY PUBLIC, State of New York
No. 02LI4967535
Qualified in Kings County
Commission Expires February 10, 2017

2